# UNITED STATES BANKRUPTCY COURT
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CITY FORD, INC. | § | Case No. 2:13-36685 ER |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CAROLYN A. DYE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 40.61
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 75,000.00

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  85,000.00

3) Total gross receipts of $ 160,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 160,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 93,713.89 | 93,713.89 | 85,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,000.00 | 75,000.00 | 75,000.00 | 75,000.00 |
| **TOTAL DISBURSEMENTS** | $ 40,000.00 | $ 168,713.89 | $ 168,713.89 | $ 160,000.00 |

4)  This case was originally filed under chapter 7 on  11/04/2013 .  The case was pending for 50 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/24/2017                        By:/s/CAROLYN A. DYE

                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT / PREFERENTIAL TRANSFERS | 1241-000 | 160,000.00 |
| TOTAL GROSS RECEIPTS | | $ 160,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAROLYN A. DYE | 2100-000 | NA | 11,250.00 | 11,250.00 | 10,191.72 |
| CAROLYN A. DYE | 2200-000 | NA | 64.29 | 64.29 | 58.25 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 41.18 | 41.18 | 41.18 |
| UNION BANK | 2600-000 | NA | 1,039.91 | 1,039.91 | 1,039.91 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 265.44 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 800.00 | 800.00 | 724.74 |
| DUMAS & KIM | 3210-000 | NA | 74,826.00 | 74,826.00 | 67,825.78 |
| DUMAS & KIM | 3220-000 | NA | 278.46 | 278.46 | 213.66 |
| LEA ACCOUNTANCY, LLP | 3410-000 | NA | 4,881.00 | 4,881.00 | 4,421.85 |
| LEA ACCOUNTANCY, LLP | 3420-000 | NA | 240.05 | 240.05 | 217.47 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 93,713.89 | $ 93,713.89 | $ 85,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 05 | FRANCHISE TAX BOARD | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | JAVIER SOLIS, JR. | 7100-000 | 10,000.00 | 18,750.00 | 18,750.00 | 18,750.00 |
| 02 | LORENZO AVILES | 7100-000 | 10,000.00 | 18,750.00 | 18,750.00 | 18,750.00 |
| 04 | MARVIN REYES | 7100-000 | 10,000.00 | 18,750.00 | 18,750.00 | 18,750.00 |
| 03 | PABLO SANCHEZ | 7100-000 | 10,000.00 | 18,750.00 | 18,750.00 | 18,750.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 2:13-36685     ER   Judge: ERNEST M. ROBLES | Trustee Name: | CAROLYN A. DYE |
|---|---|---|---|
| Case Name: | CITY FORD, INC. | Date Filed (f) or Converted (c): | 11/04/13 (f) |
| | | 341(a) Meeting Date: | 12/11/13 |
| For Period Ending: 11/30/17 | | Claims Bar Date: | 07/07/14 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BUSINESS CHECKING ACCOUNT AT BBCN BANK<br>    ACCOUNT #: xxxx2401 | 40.61 | 0.00 | | 0.00 | FA |
| 2. FRAUDULENT / PREFERENTIAL TRANSFERS (u)<br>    THE DEBTOR'S CONTROLLING SHAREHOLDER, ANDREW H.<br>    HONG, CLOSED THE DEBTOR'S BUSINESS AND OPENED A<br>    NEW ENTITY IN WHICH HE IS ALSO THE CONTROLLING<br>    SHAREHOLDER, 101 VERMONT AUTO GROUP, INC., WHICH IS<br>    ENGAGED IN THE SAME BUSINESS AS THE DEBTOR.<br>    TRUSTEE BELIEVED THE NEW ENTITY WAS AN ALTER EGO<br>    OF THE DEBTOR AND THE TRANSFER OF THE DEBTOR'S<br>    ASSETS TO BE AN ATTEMPT BY HONG TO AVOID PAYING<br>    EMPLOYEE WAGE CLAIMS FILED WITH THE STATE OF<br>    CALIFORNIA LABOR COMMISSIONER.<br><br>    ON 5/16/14, AN ADVERSARY CASE WAS FILED AGAINST MR.<br>    HONG AND 101 VERMONT FOR AVOIDANCE AND RECOVERY<br>    OF PREFERENTIAL AND FRAUDULENT TRANSFERS AND FOR<br>    BREACH OF FIDUCIARY DUTY AGAINST HONG.  A<br>    STIPULATED JUDGMENT FOR $372,705 WAS ENTERED ON<br>    5/28/15, DOCKET 44, AGAINST 101 VERMONT AUTO GROUP.<br>    THE JUDGMENT WAS NOT TO BE ENFORCED UNLESS THE<br>    TERMS OF THE AGREEMENT WERE NOT MET.  THE<br>    AGREEMENT PROVIDED FOR AN IMMEDIATE PAYMENT OF<br>    $75,000 FOR THE ESTATE'S ADMINISTRATIVE EXPENSES AND<br>    ALLOWED TIME FOR THE EMPLOYEE CLAIMS TO BE<br>    RESOLVED.<br><br>    THE EMPLOYEE CLAIMS WERE RESOLVED AND A SECOND<br>    SETTLEMENT WAS ENTERED INTO WITH THE DEFENDANTS<br>    WHICH PROVIDED FOR SUFFICIENT FUNDS TO PAY THE FOUR | 0.00 | 372,705.00 | | 160,000.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

LFORM1

Ver: 20.00g

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Case No: 2:13-36685 ER Judge: ERNEST M. ROBLES
Case Name: CITY FORD, INC.

Trustee Name: CAROLYN A. DYE
Date Filed (f) or Converted (c): 11/04/13 (f)
341(a) Meeting Date: 12/11/13
Claims Bar Date: 07/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| WAGE CLAIMS IN FULL AT $18,750 EACH FOR A TOTAL OF $75,000. (THE CLAIMS HAVE BEEN PAID.) ADDITIONALLY THE DEFENDANTS PAID ANOTHER $10,000 FOR THE ESTATE'S ADMINISTRTIVE EXPENSES. TRUSTEE FILED AN ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT IN THE ADVERSARY CASE, DOCKET 52, AND IN THE MAIN CASE, DOCKET 121.

ADV. NO. 2:14-ap-01335-TD; FILED 5/16/14; ANSWER FILED 6/18/14; STIPULATED JUDGMENT FOR $372,705 ENTERED 6/22/15 AGAINST 101 VERMONT GROUP, INC.; ADV. CLOSED 07/08/15. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $40.61      $372,705.00      $160,000.00      $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT NOTES:

ALL REQUIRED TAX RETURNS HAVE BEEN FILED. THE DEBTOR IS A "S" CORP. AND THE INTERNAL REVENUE SERVICE DOES NOT ISSUE "PROMPT DETERMINATION" LETTERS UNDER BANKRUPTCY CODE SECTION 505(b) FOR THIS TYPE OF ENTITY BECAUSE THE TRUSTEE IS NOT EXPOSED TO ANY PERSONAL LIABILITY. THE IRS HAS ACKNOWLEDGED RECEIPT OF THE FINAL TAX RETURN. (THE IRS LETTER WAS FILED WITH THE COURT ON 05/05/16, DOCKET 110.)

THE ONLY CLAIMANTS IN THE CASE HAVE BEEN PAID AS NOTED ON THE CLAIMS REGISTER INCLUDED HEREWITH. THE REMAINING EXPENSES ARE ADMINISTRATIVE WHICH WILL BE PAID ON A PRO RATA BASIS AS PROVIDED FOR IN THE GLOBAL SETTLEMENT OF ALL REMAINING ISSUES BETWEEN TRUSTEE AND THE ADVESASRY DEFENDANTS. [DOCKET 111 (MOTION) AND 117 (ORDER)]

| Case No: | 2:13-36685 | ER | Judge: ERNEST M. ROBLES |
| Case Name: | CITY FORD, INC. | | |

| | |
|---|---|
| Trustee Name: | CAROLYN A. DYE |
| Date Filed (f) or Converted (c): | 11/04/13 (f) |
| 341(a) Meeting Date: | 12/11/13 |
| Claims Bar Date: | 07/07/14 |

Exhibit 8

CASE NOTES IN DESCENDING ORDER:

THE ESTATE NEVER HAD ANY OPERATING ASSETS OR ASSETS REQUIRING INSURANCE.

ANNUAL REPORTING PERIOD ENDED 12/31/16:

A SECOND SETTLEMENT WITH THE ADVERSARY DEFENDANTS WAS APPROVED BY THE COURT BY ORDER ENTERED 08/02/16. THE SETTLEMENT
PROVIDED FOR PAYMENT OF THE FOUR "WAGE" CLAIMS AT $18,750 EACH PLUS AN ADDITIONAL $10,000 FOR THE ESTATE'S
ADMINISTRATIVE EXPENSES. [DOCKET 111 (MOTION) AND 117 (ORDER)] (NOTE: THE SETTLEMENT MOTION, DOCKET 111, STATES THE
FINAL SETTLEMENT PAYMENT TO BE $80,000 WHICH IS INCORRECT. THE FINAL SETTLEMENT AMOUNT TO BE PAID, AND WAS PAID, IS
CORRECTLY STATED AS $85,000 IN THE SETTLEMENT AGREEMENT ATTACHED TO THE MOTION AS EXHIBIT B.) THE FOUR CLAIMS WERE PAID
IN FULL PURSUANT TO A MOTION TO ALLOW AN INTERIM DISTRIBUTION TO CREDITORS. [DOCKET 113 (MOTION) AND 118 (ORDER)] THE
FOUR "WAGE" CLAIMANTS SERVICES WERE RENDERED PRIOR TO THE 180-DAY BAR FOR WAGE CLAIMS AND THE AMOUNTS PAID RESULTED
FROM A SETTLEMENT RATHER THAN ACTUAL HOURS WORKED DURING THE 180-DAYS PRIOR TO TERMINATION. AS A RESULT, TRUSTEE HAS
ASSIGNED A UTC CODE OF 7100-000 FOR THESE CLAIM PAYMENTS.

THE ESTATE'S FINAL TAX RETURN HAS BEEN FILED AND TRUSTEE HAS ASKED ALL PROFESSIONALS TO FILE FINAL FEE APPLICATIONS.

ANNUAL REPORTING PERIOD ENDED 12/31/15:

ASSET 2 - A STIPULATED JUDGMENT FOR $372,705 WAS ENTERED ON 6/22/15 AGAINST 101 VERMONT GROUP, INC. (SHOULD ANDREW H.
HONG, ALSO NAMED INDIVIDUALLY IN THE ADVERSARY, FAIL TO PERFORM UNDER THE STIPULATED JUDGMENT, THE ADVERSARY WILL BE
REOPENED TO HAVE JUDGMENT ENTERED AGAINST HIM PERSONALLY.) THE STIPULATION PROVIDES FOR IMMEDIATE PAYMENT OF $75,000 TO
COVER THE ESTATE'S ADMINISTRATIVE EXPENSES TO THAT POINT. (THE $75,000 HAS BEEN PAID.)

THE OVERALL SETTLEMENT PROVIDES THAT TRUSTEE WILL NOT SEEK TO ENFORCE THE JUDGMENT UNTIL THE WAGE AND HOUR CLAIMS OF
JAVIER SOLIS, JR., LORENZO AVILES, PABLO SANCHEZ AND MARVIN A. REYES ("CLAIMANTS") ARE RESOLVED IN WHATEVER FORUM.
(ALTHOUGH THE CLAIMANTS HAVE ALL FILED CLAIMS IN THIS CASE AND THE DEBTOR UNSUCCESSFULLY OBJECTED TO THEM (LACK OF
STANDING AT THE TIME), IT APPEALED TO THE BAP.) THE CLAIMS ARE BEING LITIGATED BEFORE THE STATE OF CALIFORNIA LABOR
COMMISSIONER. THE ADVERSARY DEFENDANTS ARE TO DEFEND AGAINST THE CLAIMANTS' CLAIMS AND PAY FOR THE COSTS OF THAT
LITIGATION. THE SETTLEMENT ALSO PROVIDES FOR THE APPEALS TO BE WITHDRAWN. (THE APPEALS HAVE ALL BEEN DISMISSED, DOCKET
NOS. 101-103 AND 106.) FOLLOWING RESOLUTION OF THE CLAIMS, THE DEFENDANTS ARE TO REMIT THE BALANCE DUE ON THE
JUDGMENT, OR AN AMOUNT NECESSARY TO PAY THE CLAIMS AND THE ESTATE'S ADMINISTRATIVE EXPENSES.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:13-36685    ER    Judge: ERNEST M. ROBLES | Trustee Name: | CAROLYN A. DYE |
| Case Name: | CITY FORD, INC. | Date Filed (f) or Converted (c): | 11/04/13 (f) |
| | | 341(a) Meeting Date: | 12/11/13 |
| | | Claims Bar Date: | 07/07/14 |

ANNUAL REPORTING PERIOD ENDED 12/31/14:

THE DEBTOR SCHEDULED ONE ASSET, A BANK ACCOUNT WITH NOMINAL FUNDS.

ASSET 2 - THE ONLY POTENTIAL ASSET IN THE CASE IS LITIGATION AGAINST THE DEBTOR'S CONTROLLING SHAREHOLDER, ANDREW H. HONG ("HONG"), AND ANOTHER ENTITY IN WHICH HE IS ALSO THE CONTROLLING SHAREHOLDER, AND WHICH IS DEEMED TO BE AN ALTER EGO OF THE DEBTOR, 101 VERMONT AUTO GROUP, INC. ("VAG"). TRUSTEE WAS ADVISED BY CREDITORS THAT THE DEBTOR HAD TRANSFERRED ASSETS TO OTHER ENTITIES. TRUSTEE'S INVESTIGATION REVEALED VARIOUS TRANSACTIONS THAT WERE DEEMED TO BE FRAUDULENT AND EMPLOYED COUNSEL TO PURSUE THE MATTER.

ON 5/16/14, AN ADVERSARY CASE WAS FILED AGAINST HONG AND VAG FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL AND FRAUDULENT TRANSFERS AND FOR BREACH OF FIDUCIARY DUTY AGAINST HONG. (ADV. NO. 2:14-ap-01335-TD; FILED 5/16/14; ANSWER FILED 6/18/14; STATUS CONFERENCE 3/19/15; DISCOVERY CUT-OFF 5/1/15. MATTER ASSIGNED TO MEDIATION BY ORDER ENTERED 12/30/14 - NO DATE SET.)

AT THE OUTSET OF THE ADVERSARY CASE, COUNSEL FOR THE DEBTOR, JAMES MORTENSEN ("MORTENSEN"), WAS ALSO COUNSEL FOR THE DEFENDANTS. AS COUNSEL FOR THE DEBTOR, MORTENSEN FILED OBJECTIONS TO CLAIMS FILED BY FOUR INDIVIDUALS WITH WAGE AND HOUR CLAIMS AGAINST THE DEBTOR TOTALING $348,620. (THE DEBTOR SCHEDULED THE CLAIMS $40,000.) THESE CLAIMANTS AND THEIR CLAIMS WERE THE PRECIPITATING FORCE BEHIND THE BANKRUPTCY FILING. TRUSTEE AND THE CLAIMANTS FILED OPPOSITIONS TO THE OBJECTIONS WHICH WERE SUSTAINED BY THE COURT. THE DEBTOR HAS APPEALED THE ADVERSE RULINGS TO THE BAP. BY LETTER DATED 7/16/14, TRUSTEE'S COUNSEL POINTED OUT THE CONFLICT TO MORTENSEN AND REQUESTED THAT HE WITHDRAW AS COUNSEL IN THE ADVERSARY CASE. HE WAS FURTHER ADVISED THAT A MOTION TO DISQUALIFY WOULD BE FILED IF HE DID NOT. HE DID NOT. MORTENSEN OPPOSED TRUSTEE'S MOTION TO DISQUALIFY BUT INCLUDED A REQUEST THAT HE BE ALLOWED TO WITHDRAW SHOULD THE COURT BE INCLINED TO GRANT THE MOTION. BY ORDER ENTERED 10/30/14, THE COURT ALLOWED HIM TO WITHDRAW, CONTINUE TO REPRESENT THE DEBTOR AND DIRECTED THE ADVERSARY DEFENDANTS TO RETAIN NEW COUNSEL.

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 12/31/17

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 2:13-36685 -ER |
| Case Name: | CITY FORD, INC. |

| Taxpayer ID No: | *******9996 |
| For Period Ending: | 11/30/17 |

| Trustee Name: | CAROLYN A. DYE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6161  CHECKING ACCOUNT |

Exhibit 9

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/15 | 2 | 101 VERMONT HYUNDAI | SETTLEMENT PROCEEDS | 1241-000 | 75,000.00 | | 75,000.00 |
| 05/26/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 61.13 | 74,938.87 |
| 06/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 111.45 | 74,827.42 |
| 07/10/15 | 001001 | DUMAS & KIM | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 7/9/15 | 3210-000 | | 45,000.00 | 29,827.42 |
| 07/10/15 | 001002 | DUMAS & KIM | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 7/9/15 | 3220-000 | | 147.32 | 29,680.10 |
| 07/14/15 | 001003 | DUMAS & KIM | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 7/9/15 | 3210-000 | | 5,000.00 | 24,680.10 |
| 07/27/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 107.76 | 24,572.34 |
| 08/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 59.25 | 24,513.09 |
| 09/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 36.50 | 24,476.59 |
| 10/26/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 35.25 | 24,441.34 |
| 11/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 36.37 | 24,404.97 |
| 12/28/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 35.14 | 24,369.83 |
| 01/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 36.27 | 24,333.56 |
| | | | | | | | |

Page Subtotals          75,000.00          50,666.44

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 20.00g

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:13-36685  -ER | Trustee Name: | CAROLYN A. DYE |
| Case Name: | CITY FORD, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6161  CHECKING ACCOUNT |
| Taxpayer ID No: | *******9996 | | |
| For Period Ending: | 11/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/04/16 | 001004 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/16 - 01/04/17; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 24.83 | 24,308.73 |
| | 02/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 36.11 | 24,272.62 |
| | 03/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 33.71 | 24,238.91 |
| | 04/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 35.97 | 24,202.94 |
| | 05/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 34.76 | 24,168.18 |
| | 06/27/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 35.86 | 24,132.32 |
| | 07/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 34.66 | 24,097.66 |
| | 08/05/16 | 2 | ANDREW HYEOCKI HONG | SETTLEMENT PROCEEDS | 1241-000 | 85,000.00 | | 109,097.66 |
| * | 08/10/16 | 001005 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | VOIDED | | | | 109,097.66 |
| * | 08/10/16 | 001005 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | VOID CHECK 1005 | | | | 109,097.66 |
| | 08/10/16 | 001006 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | FIRST AND FINAL DISTRIBUTION ON CLAIM NO. 1 FILED BY JAVIER SOLIS, JR.; PAID PURSUANT TO ORDERS ENTERED 08/03/16 (DOCKET NOS. 117 AND 118)  CHECK PAYABLE TO CREDITOR'S COUNSEL PER INTERIM DISTRIBUTION MOTION, DOCKET NO. 113, AND ORDER APPROVING, DOCKET NO. 118 | 7100-000 | | 18,750.00 | 90,347.66 |

|  | | | | Page Subtotals | | 85,000.00 | 18,985.90 | |

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:13-36685 -ER | Trustee Name: | CAROLYN A. DYE |
| Case Name: | CITY FORD, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6161  CHECKING ACCOUNT |
| Taxpayer ID No: | *******9996 | | |
| For Period Ending: | 11/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| | | | | | | Account / CD Balance ($) |
| 08/10/16 | 001007 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | FIRST AND FINAL DISTRIBUTION ON CLAIM NO. 2 FILED BY LORENZO AVILES; PAID PURSUANT TO ORDERS ENTERED 08/03/16 (DOCKET NOS. 117 AND 118)<br><br>CHECK PAYABLE TO CREDITOR'S COUNSEL PER INTERIM DISTRIBUTION MOTION, DOCKET NO. 113, AND ORDER APPROVING, DOCKET NO. 118 | 7100-000 | | 18,750.00 | 71,597.66 |
| 08/10/16 | 001008 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | FIRST AND FINAL DISTRIBUTION ON CLAIM NO. 3 FILED BY PABLO SANCHEZ; PAID PURSUANT TO ORDERS ENTERED 08/03/16 (DOCKET NOS. 117 AND 118)<br><br>CHECK PAYABLE TO CREDITOR'S COUNSEL PER INTERIM DISTRIBUTION MOTION, DOCKET NO. 113, AND ORDER APPROVING, DOCKET NO. 118 | 7100-000 | | 18,750.00 | 52,847.66 |
| 08/10/16 | 001009 | PENA & SOMA, APC, CLIENT TRUST ACCOUNT | FIRST AND FINAL DISTRIBUTION ON CLAIM NO. 4 FILED BY MARVIN REYES; PAID PURSUANT TO ORDERS ENTERED 08/03/16 (DOCKET NOS. 117 AND 118)<br><br>CHECK PAYABLE TO CREDITOR'S COUNSEL PER INTERIM DISTRIBUTION MOTION, DOCKET NO. 113, AND ORDER APPROVING, DOCKET NO. 118 | 7100-000 | | 18,750.00 | 34,097.66 |
| 08/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 35.76 | 34,061.90 |
| | | | | Page Subtotals | 0.00 | 56,285.76 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 20.00g

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:13-36685 -ER |
| Case Name: | CITY FORD, INC. |
| | |
| Taxpayer ID No: | *******9996 |
| For Period Ending: | 11/30/17 |

| Trustee Name: | CAROLYN A. DYE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6161  CHECKING ACCOUNT |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/26/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 75.87 | 33,986.03 |
| 10/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 48.84 | 33,937.19 |
| 11/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 50.36 | 33,886.83 |
| 12/27/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 48.67 | 33,838.16 |
| 01/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 50.22 | 33,787.94 |
| 02/07/17 | 001010 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/17 - 01/04/18; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 16.35 | 33,771.59 |
| 09/13/17 | 001011 | U.S. BANKRUPTCY COURT | COURT COSTS - COMPLAINT (PRO RATA SHARE OF AVAILABLE FUNDS); PAID PURSUANT TO ORDER ENTERED 09/12/17 | 2700-000 | | 265.44 | 33,506.15 |
| 09/13/17 | 001012 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM (PRO RATA SHARE OF AVAILABLE FUNDS); PAID PURSUANT TO ORDER ENTERED 09/12/17 | 2820-000 | | 724.74 | 32,781.41 |
| 09/13/17 | 001013 | DUMAS & KIM | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 09/12/17 | 3210-000 | | 17,825.78 | 14,955.63 |
| 09/13/17 | 001014 | DUMAS & KIM | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/12/17 | 3220-000 | | 66.34 | 14,889.29 |
| 09/13/17 | 001015 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 09/12/17 | 3410-000 | | 4,421.85 | 10,467.44 |
| 09/13/17 | 001016 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; | 3420-000 | | 217.47 | 10,249.97 |

| | | Page Subtotals | | | 0.00 | 23,811.93 | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Ver: 20.00g

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:13-36685  -ER | | Trustee Name: | CAROLYN A. DYE |
| Case Name: | CITY FORD, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6161  CHECKING ACCOUNT |
| Taxpayer ID No: | *******9996 | | | |
| For Period Ending: | 11/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PAID PURSUANT TO ORDER ENTERED 09/12/17 | | | | |
| 09/13/17 | 001017 | CAROLYN A. DYE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 09/12/17 | 2100-000 | | 10,191.72 | 58.25 |
| 09/13/17 | 001018 | CAROLYN A. DYE | TRUSTEE EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/12/17 | 2200-000 | | 58.25 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 160,000.00 | 160,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 160,000.00 | 160,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 160,000.00 | 160,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - *******6161 | 160,000.00 | 160,000.00 | 0.00 |
| | 160,000.00 | 160,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |